**01–1328. Hudson v. Summit Cty.**
Summit App. No. 20358. On discretionary appeal and cross-appeal. Discretionary appeal and cross-appeal allowed.

RESNICK, F.E. SWEENEY and COOK, JJ., dissent.

**01–1417. Valentine v. Willard & Assoc. Title Search.**
Fairfield App. No. 01CA15.

PFEIFER and COOK, JJ., dissent.

**01–1481. State v. Miller.**
Ashtabula App. No. 99–A–0078.

LUNDBERG STRATTON, J., would allow on Propositions of Law Nos. I and II.

F.E. SWEENEY and PFEIFER, JJ., dissent.